UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFERY GOODSON,

  Plaintiff,

v.                                                                      Case No. 5:21-cv-209-MJF

CINTAS CORPORATION,

  Defendant.
  _____/

## ORDER

Based on the parties' stipulation of dismissal with prejudice, Doc. 43, it is **ORDERED** that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the clerk of the court shall close the case file.

**SO ORDERED** this 7th day of November, 2022.

/s/ *Michael J. Frank*
  **Michael J. Frank**
  **United States Magistrate Judge**